USDC SCAN INDEX SHEET

















JAH   6/25/04   12:45

3:04-CR-01000   USA V. LE

*29*

*CRINDISPS.*

FILED

04 JUN 25  AM 10: 43

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2003 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. <u>04CR1000IEG</u> |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | **(Superseding)** |
| v. | ) | |
| | ) | Title 21, U.S.C., Secs. 846 |
| DAT VINH LE (1), | ) | and 841(a)(1) - Conspiracy to |
| ELIYAHU MARCIANO (3), | ) | Distribute a Controlled |
| aka Lucky, | ) | Substance; Title 21, U.S.C., |
| JAMES HOA LE (4), | ) | Sec. 841(a)(1) - Distribution |
| ARMANDO CARMONA (5), | ) | of a Controlled Substance; |
| aka Mando, | ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| ASHER BENEDICT LORD (6), | ) | Possession of a Controlled |
| aka Ash, | ) | Substance with Intent to |
| HECTOR VINCENT MELERO (7), | ) | Distribute; Title 18, U.S.C., |
| aka Vince, | ) | Sec. 2 - Aiding and Abetting |
| DUNG QUOC BUI (8), | ) | |
| aka Louie, | ) | |
| YITSHAK SISO (9), | ) | |
| | ) | |
| Defendants. | ) | |
|_____| ) | |

The grand jury charges:

<u>Count 1</u>

1.   At various times material to this Indictment:

a.   Defendant DAT VINH LE was a resident of San Diego, California and a large-scale distributor of "boat" (1,000 tablet packet) quantities of "ecstasy," a mind-altering illegal drug.

ECW:nlv(1):San Diego
6/24/04



1         b.    Tuan Huy Do (previously charged) was a resident of

2 San Diego, California and a "runner" for defendant DAT VINH LE who

3 picked up and delivered ecstasy tablets and collected money from

4 customers.

5         c.    Defendant ELIYAHU MARCIANO was a resident of

6 Los Angeles, California and the source of supply of ecstasy tablets

7 for defendant DAT VINH LE.

8         d.    Defendant JAMES HOA LE was a resident of San Diego,

9 California and a cousin of defendant DAT VINH LE who recruited Tuan

10 Huy Do, as a "runner" and lived at a "stash" house where large

11 quantities of ecstasy tablets were stored.

12         e.    Defendants ARMANDO CARMONA, ASHER BENEDICT LORD, and

13 HECTOR VINCENT MELERO were residents of San Diego, California and

14 associates of defendant DAT VINH LE who purchased and distributed

15 "boat" quantities of ecstasy.

16         f.    Defendant DUNG QUOC BUI was a resident of San Diego,

17 California and a close associate of defendant DAT VINH LE who met with

18 defendant ELIYAHU MARCIANO and was entrusted with large quantities of

19 ecstasy tablets.

20         g.    Defendant YITSHAK SISO was a resident of Los Angeles,

21 California and an associate of defendant ELIYAHU MARCIANO who was

22 entrusted with large quantities of ecstasy tablets.

23     2.    Beginning in or about December 2001 and continuing up to and

24 including April 5, 2004, within the Southern District of California

25 and elsewhere, defendants DAT VINH LE, ELIYAHU MARCIANO, aka Lucky,

26 JAMES HOA LE, ARMANDO CARMONA, aka Mando, ASHER BENEDICT LORD, aka

27 Ash, HECTOR VINCENT MELERO, aka Vince, DUNG QUOC BUI, aka Louie, and

28 YITSHAK SISO did knowingly and intentionally conspire together and

2

1  with Tuan Huy Do, aka Jerry, and other persons to distribute thousands
2  of tablets of 3,4 methylenedioxymethamphetamine (MDMA), commonly known
3  as "ecstasy," a Schedule I Controlled Substance; in violation of
4  Title 21, United States Code, Section 841(a)(1).

5      3.    It was a part of the conspiracy that defendant DAT VINH LE
6  would be supplied with ecstasy tablets by defendant ELIYAHU MARCIANO
7  who could obtain the best possible prices, quality, and types of
8  ecstasy tablets.

9      4.    It was a further part of the conspiracy that defendant JAMES
10 HOA LE maintained a "stash" house where large quantities of ecstasy
11 tablets were stored for later distribution in San Diego, California.

12     5.    It was a further part of the conspiracy that defendant DAT
13 VINH LE would make specific arrangements with his primary customers,
14 defendants ARMANDO CARMONA, ASHER BENEDICT LORD, and HECTOR VINCENT
15 MELERO, and would arrange to make deliveries to and pick up money from
16 them.

17     6.    It was a further part of the conspiracy that defendant DAT
18 VINH LE would task defendant DUNG QUOC BUI with special assignments
19 such as obtaining cellular phones, retrieving unsold "boats" of
20 ecstasy, and maintaining contact with defendant ELIYAHU MARCIANO.

21     7.    It was a further part of the conspiracy that defendant
22 YITSHAK SISO would travel from Los Angeles, California to San Diego,
23 California on behalf of defendant ELIYAHU MARCIANO to pick up
24 packages of unsold ecstasy tablets from defendant DAT VINH LE.
25 //
26 //
27 //
28 //

<u>OVERT ACTS</u>

In furtherance of said conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the Southern District of California and elsewhere:

1.  On or about May 31, 2003, in San Diego, California, defendant DAT VINH LE provided an ecstasy tablet to Cooperating Witness #1 as a free sample of the yellow "rolling stone" tablets available for purchase.

2.  On or about June 9, 2003, in San Diego, California, defendant DAT VINH LE met with Cooperating Witness #1 and arranged for Tuan Huy Do (referred to hereinafter as "his runner" or "the runner") to deliver 1,829 yellow ecstasy tablets (approximately 404.2 grams) for $11,500.

3.  On or about June 19, 2003, in San Diego, California, defendant DAT VINH LE met with Cooperating Witness #1 and arranged for his runner to deliver 923 yellow ecstasy tablets (approximately 204.6 grams) for $5,750.

4.  On or about June 19, 2003, in Pacific Beach, California, defendant DAT VINH LE met with Cooperating Witness #1, received money, and directed the pickup of 1,001 yellow ecstasy tablets (approximately 222.2 grams).

5.  On or about July 9, 2003, in San Diego, California, defendant DAT VINH LE arranged for the delivery of two plastic bags of yellow ecstasy tablets (918 tablets/approximately 202.2 grams in one bag and 900 tablets/approximately 199.6 grams in the other bag) to Cooperating Witness #1 who then paid defendant DAT VINH LE $11,500.

6. On or about August 5, 2003, in San Diego, California, defendant DAT VINH LE arranged for the delivery of 1,048 yellow ecstasy tablets (approximately 231.3 grams) to Cooperating Witness #1 who then paid defendant DAT VINH LE $5,750.

7. On or about September 10, 2003, in San Diego, California, defendant DAT VINH LE had a meeting with Cooperating Witness #1 and stated that he was going to Los Angeles to meet with his supplier (defendant ELIYAHU MARCIANO) about acquiring a new batch of ecstasy tablets.

8. On or about October 2, 2003, in San Diego, California, defendant DAT VINH LE provided an ecstasy tablet to Cooperating Witness #1 as a free sample of the white "apple" tablets available for purchase and thereafter a runner delivered 998 of those white ecstasy tablets (approximately 281.5 grams) and collected $5,750.

9. On or about October 15, 2003, at approximately 6:58 p.m., in San Diego, California, defendant DAT VINH LE directed his runner to go to the "stash" house (the residence of defendant JAMES HOA LE), where the runner arrived and then left with what appeared to be a quantity of ecstasy tablets.

10. On or about October 15, 2003, at approximately 7:28 p.m., in San Diego, California, defendant DAT VINH LE met with his runner and took custody of what appeared to be a quantity of ecstasy tablets.

//

//

5

11. On or about October 16, 2003, at approximately 6:04 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with Cooperating Witness #1 in which they discussed arrangements for the sale of two "boats" (approximately 2,000 ecstasy tablets).

12. On or about October 16, 2003, at approximately 6:06 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with his runner about "going to eat at Benihana" (distributing ecstasy tablets to a customer).

13. On or about October 16, 2003, at approximately 7:00 p.m., in San Diego, California, defendant DAT VINH LE arranged for the delivery of two plastic bags of white ecstasy tablets (1,236 tablets/approximately 334.6 grams in one bag and 825 tablets/approximately 231.9 grams in the other bag) to Cooperating Witness #1 and obtained $11,500 in return.

14. On or about October 16, 2003, at approximately 10:00 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant ARMANDO CARMONA, defendant ARMANDO CARMONA asking "is George around?" (is the runner available to make the delivery?) and defendant DAT VINH LE stating "tomorrow."

15. On or about October 17, 2003, at approximately 3:41 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant ARMANDO CARMONA providing directions to a location for them to meet regarding an impending ecstasy transaction.

//

//

16. On or about October 17, 2003, at approximately 7:25 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant JAMES HOA LE instructing defendant JAMES HOA LE to tell the runner that "we're not going to eat at Benihana tonight" (the ecstasy deal was delayed).

17. On or about October 21, 2003, at approximately 4:14 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant ELIYAHU MARCIANO and was given a new telephone number for defendant ELIYAHU MARCIANO.

18. On or about October 22, 2003, at approximately 6:47 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant ASHER BENEDICT LORD about "hanging out with you" (doing an ecstasy deal).

19. On or about October 22, 2003, at approximately 10:34 p.m., in San Diego, California and Los Angeles, California, defendant DAT VINH LE had a telephone conversation with defendant ELIYAHU MARCIANO about the runner for defendant DAT VINH LE meeting in Los Angeles in front of a phone booth on Fountain Avenue (to pick up a quantity of ecstasy tablets).

20. On or about October 24, 2003, at approximately 12:21 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant ARMANDO CARMONA stating that "we'll hang out tonight" (do an ecstasy transaction).

21. On or about October 25, 2003, at approximately 3:59 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant HECTOR VINCENT MELERO regarding getting "two pretty ladies tonight" (purchasing 2,000 ecstasy tablets).

22. On or about October 25, 2003, at approximately 8:20 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant ELIYAHU MARCIANO about defendant ELIYAHU MARCIANO traveling from Los Angeles to the San Diego Sports Arena to attend an event and meet with defendant DAT VINH LE.

23. On or about October 25, 2003, at approximately 8:26 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant DUNG QUOC BUI about meeting with defendant ELIYAHU MARCIANO at a hotel near the San Diego Sports Arena.

24. On or about October 25, 2003, at approximately 9:34 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant HECTOR VINCENT MELERO in which defendant HECTOR VINCENT MELERO said that he had to drop off ecstasy tablets at his cousin's house.

25. On or about October 25, 2003, at approximately 9:34 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant JAMES HOA LE requesting that defendant JAMES HOA LE obtain "$25" (25 ecstasy tablets) that were at the "stash" house.

//

//

8

26. On or about October 25, 2003, at approximately 9:38 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant JAMES HOA LE about defendants DAT VINH LE and DUNG QUOC BUI coming to the "stash" house to meet with defendant JAMES HOA LE and obtain 25 ecstasy tablets.

27. On or about October 29, 2003, at approximately 6:39 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with his runner about going to a strip club to deliver "two adults" (2,000 ecstasy tablets) to defendant ARMANDO CARMONA.

28. On or about October 30, 2003, at approximately 2:18 p.m., in San Diego, California and Los Angeles, California, defendant DAT VINH LE had a telephone conversation with defendant ELIYAHU MARCIANO about someone who was just given "seven" (7,000 tablets), defendant ELIYAHU MARCIANO commenting "I didn't want that."

29. On or about November 3, 2003, at approximately 6:36 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant ASHER BENEDICT LORD about meeting in the Mission Valley area later to discuss or transact an ecstasy deal.

30. On or about November 3, 2003, at approximately 8:06 p.m., in San Diego, California, defendant DAT VINH LE met with defendant ASHER BENEDICT LORD in front of a coffee shop to discuss an ecstasy deal.

//

//

9

31. On or about November 4, 2003, at approximately 5:45 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant JAMES HOA LE about "going to Benihana" (to discuss ecstasy transactions).

32. On or about November 4, 2003, at approximately 5:58 p.m., in San Diego, California and Fallbrook, California, defendant DAT VINH LE had a telephone conversation with his runner about "going to eat at Benihana" (delivering ecstasy), defendant DAT VINH LE agreeing to do the deal the next day.

33. On or about November 5, 2003, at approximately 4:35 p.m., in San Diego, California, defendant DAT VINH LE directed his runner to deliver 992 white ecstasy tablets (approximately 280.2 grams) to Cooperating Witness #1 who paid $5,750.

34. On or about November 6, 2003, at approximately 10:26 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant ASHER BENEDICT LORD mentioning "any chance for tonight," defendant DAT VINH LE stating "no . . . we'll have drinks tomorrow" (transact the ecstasy deal the next day).

35. On or about November 7, 2003, at approximately 7:44 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant HECTOR VINCENT MELERO about doing an ecstasy deal the next day.

36. On or about November 8, 2003, at approximately 10:38 a.m., in San Diego, California, defendant DAT VINH LE traveled to the residence ("stash" house) of defendant JAMES HOA LE.

37.  On or about November 8, 2003, at approximately 1:23 p.m., in San Diego, California, defendant DAT VINH LE directed his runner to go to the residence ("stash" house) of defendant JAMES HOA LE, retrieve a backpack from a vehicle, and enter the garage of the residence.

38.  On or about November 8, 2003, at approximately 3:15 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with his runner about waiting for defendant ASHER BENEDICT LORD at a restaurant.

39.  On or about November 8, 2003, at approximately 3:20 p.m., in San Diego, California, defendant ASHER BENEDICT LORD met at a restaurant parking lot and received a quantity of ecstasy tablets (which he put in his pants pocket).

40.  On or about November 12, 2003, between 4:13 p.m. and 4:55 p.m., in San Diego, California and Tijuana, Mexico, defendant ELIYAHU MARCIANO traveled in a vehicle to the front of the business of defendant DAT VINH LE, went into the business, came out, and then traveled into Tijuana, Mexico.

41.  On or about November 21, 2003, at approximately 4:50 p.m., in San Diego, California and Los Angeles, California, defendant DAT VINH LE had a telephone conversation with defendant ELIYAHU MARCIANO asking about being ready "for the second round" (another series of ecstasy deals).

42.  On or about November 23, 2003, at approximately 2:35 p.m., in Los Angeles, California, defendant DAT VINH LE had a telephone conversation with defendant ELIYAHU MARCIANO stating that if he did not distribute the ecstasy tablets,

11

he would return them to defendant ELIYAHU MARCIANO, defendant ELIYAHU MARCIANO stating that he (defendant DAT VINH LE) had the ecstasy tablets too long.

43. On or about November 25, 2003, at approximately 10:35 a.m., in San Diego, California, defendant DAT VINH LE had a meeting with Cooperating Witness #1 in front of the business of defendant DAT VINH LE in which they discussed two or three "boats" (2,000 or 3,000 tablets) remaining and the supplier (defendant ELIYAHU MARCIANO) having an additional five to ten "boats" (5,000 to 10,000 tablets).

44. On or about November 25, 2003, at approximately 3:30 p.m., in San Diego, California, defendant DAT VINH LE directed his runner to deliver to Cooperating Witness #1 a paper bag containing 993 white ecstasy tablets (approximately 280.5 grams) in exchange for $5,500.

45. On or about November 25, 2003, at approximately 3:57 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant HECTOR VINCENT MELERO about defendant HECTOR VINCENT MELERO visiting at the business of defendant DAT VINH LE to discuss an ecstasy transaction.

46. On or about November 25, 2003, at approximately 5:05 p.m., in San Diego, California and Los Angeles, California, defendant DAT VINH LE had a telephone conversation with defendant ELIYAHU MARCIANO stating that he still had "ten" (10,000 tablets) that were "fronted" by defendant ELIYAHU

12

1  MARCIANO and agreed that he (defendant DAT VINH LE) would
2  have two more days to sell them.

3  47.  On or about November 25, 2003, at approximately 5:18 p.m.,
4  in San Diego, California, defendant DAT VINH LE had a
5  telephone conversation with his runner about receiving
6  money that had been collected from Cooperating Witness #1.

7  48.  On or about November 25, 2003, at approximately 5:21 p.m.,
8  in San Diego, California, defendant DAT VINH LE had a
9  telephone conversation with defendant JAMES HOA LE about
10  whether to trust the runner with collecting money,
11  defendant JAMES HOA LE stating that the runner was becoming
12  a major gambler.

13  49.  On or about November 27, 2003, at approximately 6:04 p.m.,
14  in San Diego, California and Los Angeles, California,
15  defendant DAT VINH LE had a telephone conversation with
16  defendant ELIYAHU MARCIANO about defendant YITSHAK SISO
17  being in San Diego to retrieve the ecstasy tablets
18  defendant DAT VINH LE was returning.

19  50.  On or about November 27, 2003, at approximately 6:11 p.m.,
20  in San Diego, California, defendant DAT VINH LE had a
21  telephone conversation with defendant YITSHAK SISO about
22  getting together at the direction of defendant ELIYAHU
23  MARCIANO.

24  51.  On or about November 27, 2003, at approximately 10:30 p.m.,
25  in San Diego, California and Los Angeles, California,
26  defendant DAT VINH LE had a telephone conversation with
27  defendant ELIYAHU MARCIANO about defendant DAT VINH LE
28  meeting with defendant YITSHAK SISO the next day.

13

52. On or about November 27, 2003, at approximately 10:37 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant DUNG QUOC BUI about defendant DUNG QUOC BUI stopping at the residence of defendant DAT VINH LE to bring him the "paperwork" (a package containing ecstasy tablets).

53. On or about November 28, 2003, at approximately 9:39 a.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant YITSHAK SISO arranging for them to meet in approximately two hours before defendant YITSHAK SISO was to return to Los Angeles, California.

54. On or about November 28, 2003, at approximately 10:45 a.m., in San Diego, California, defendant DAT VINH LE met with defendant DUNG QUOC BUI in front of the residence of defendant DAT VINH LE, defendant DUNG QUOC BUI opening the trunk of his vehicle, pulling out a backpack containing a package of thousands of ecstasy tablets, and handing the package to defendant DAT VINH LE.

55. On or about November 28, 2003, at approximately 11:42 a.m., in San Diego, California and Los Angeles, California, defendant DAT VINH LE had a telephone conversation with defendant ELIYAHU MARCIANO in which defendant ELIYAHU MARCIANO instructed defendant DAT VINH LE to get together with defendant YITSHAK SISO that day.

56. On or about November 28, 2003, at approximately 12:07 p.m., in San Diego, California, defendant DAT VINH LE met with defendant YITSHAK SISO in front of the residence of

1   defendant DAT VINH LE and handed over a package (believed

2   to contain thousands of ecstasy tablets) to defendant

3   YITSHAK SISO.

4   57.   On or about November 28, 2003, at approximately 6:13 p.m.,

5   in San Diego, California and Los Angeles, California,

6   defendant ELIYAHU MARCIANO had a telephone conversation

7   with defendant DUNG QUOC BUI who told defendant ELIYAHU

8   MARCIANO that defendant DAT VINH LE would call back.

9   58.   On or about November 29, 2003, at approximately 12:14 p.m.,

10   in San Diego, California, defendant DAT VINH LE had a

11   telephone conversation with defendant ELIYAHU MARCIANO in

12   which "another option" was discussed, defendant ELIYAHU

13   MARCIANO stating that he needed defendant DAT VINH LE to do

14   "20" (distribute 20,000 ecstasy tablets) commenting "the

15   more the better."

16   59.   On or about November 30, 2003, at approximately 10:24 a.m.,

17   in San Diego, California, defendant DAT VINH LE had a

18   telephone conversation with defendant ELIYAHU MARCIANO

19   regarding a planned pickup of ecstasy tablets, defendant

20   ELIYAHU MARCIANO stating "figure it out."

21   60.   On or about December 2, 2003, at approximately 4:12 p.m.,

22   in San Diego, California and Los Angeles, California,

23   defendant DAT VINH LE had a telephone conversation with

24   defendant ELIYAHU MARCIANO in which they discussed how many

25   days it would take (to receive the new shipment), defendant

26   ELIYAHU MARCIANO stating four or five (days).

27   //

28   //

15

61. On or about December 2, 2003, at approximately 8:19 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant HECTOR VINCENT MELERO about having "coffee or something" (purchasing a quantity of ecstasy tablets from defendant DAT VINH LE).

62. On or about December 2, 2003, at approximately 9:56 p.m., in San Diego, California and Los Angeles, California, defendant DAT VINH LE had a telephone conversation with defendant ELIYAHU MARCIANO discussing the money that defendant DAT VINH LE owed him because of the "fronting" of ecstasy tablets, defendant ELIYAHU MARCIANO stating that some of that money could be used for a trip.

63. On or about December 4, 2003, at approximately 2:19 p.m., in San Diego, California, defendant DAT VINH LE directed his runner to go to the "stash" house where defendant JAMES HOA LE resided, going into the garage, exiting, and then shutting the garage door.

64. On or about December 4, 2003, at approximately 4:21 p.m., in San Diego, California, defendant DAT VINH LE directed his runner to meet with defendant HECTOR VINCENT MELERO at a grocery store parking lot where an exchange (of a plastic bag of ecstasy tablets) took place.

65. On or about December 4, 2003, at approximately 5:31 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant ARMANDO CARMONA about "hanging out" (meeting to pay defendant DAT VINH LE for a previous ecstasy transaction), defendant DAT VINH LE

stating that he would stop by the work location of defendant ARMANDO CARMONA.

66. On or about December 5, 2003, at approximately 5:16 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant HECTOR VINCENT MELERO about getting "some coffee like in half an hour" (meeting to arrange an ecstasy transaction).

67. On or about December 5, 2003, at approximately 5:54 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant HECTOR VINCENT MELERO referring to "just me and my buddy" (2,000 ecstasy tablets).

68. On or about December 6, 2003, at approximately 7:10 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant ARMANDO CARMONA inquiring if he (defendant ARMANDO CARMONA) wanted to "go out" (do an ecstasy deal).

69. On or about December 6, 2003, at approximately 7:41 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant ARMANDO CARMONA in which they discussed trying to get a hold of the runner (who would be delivering the ecstasy tablets).

70. On or about December 7, 2003, at approximately 3:21 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with his runner about going to the "stash" house (the residence of defendant JAMES HOA LE) or coming to the residence of defendant DAT VINH LE.

71. On or about December 7, 2003, at approximately 4:07 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant ARMANDO CARMONA about getting "some coffee right by your house" (making arrangements to obtain ecstasy tablets).

72. On or about December 11, 2003, at approximately 10:46 a.m., in San Diego, California, defendant DAT VINH LE had a meeting with Cooperating Witness #1 at the residence of defendant DAT VINH LE stating that the new shipment of ecstasy tablets would be arriving "this Saturday or next Saturday."

73. On or about December 15, 2003, at approximately 4:55 p.m., in San Diego, California and Los Angeles, California, defendant DAT VINH LE had a telephone conversation with defendant ELIYAHU MARCIANO asking when the new shipment was coming in, defendant ELIYAHU MARCIANO stating "it's gonna be the end of the weekend."

74. On or about December 15, 2003, at approximately 7:39 p.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant ARMANDO CARMONA mentioning "payday" (the arrival of a new shipment of ecstasy tablets), defendant DAT VINH LE stating "this weekend" and defendant ARMANDO CARMONA stating "I'll get some Xmas gifts."

75. On or about December 16, 2003, at approximately 11:09 a.m., in San Diego, California, defendant DAT VINH LE had a telephone conversation with defendant HECTOR VINCENT MELERO

18

1   about the delivery being "sometime this week, not today
2   though."

3   76.  On or about December 18, 2003, at approximately 3:09 p.m.,
4        in San Diego, California, defendant DAT VINH LE had a
5        telephone conversation with defendant ELIYAHU MARCIANO
6        about defendant ELIYAHU MARCIANO having until January 6,
7        2004 and defendant DAT VINH LE stating that by then he
8        would be able to pay back at least half.

9   77.  On or about December 19, 2003, at approximately 1:24 p.m.,
10       in San Diego, California, defendant DAT VINH LE met with
11       defendant HECTOR VINCENT MELERO in front of the business of
12       defendant DAT VINH LE.

13  78.  On or about December 19, 2003, at approximately 4:22 p.m.,
14       in San Diego, California, defendant DAT VINH LE had a
15       telephone conversation with his runner about meeting to
16       talk about "the thing we do" (distributing ecstasy),
17       defendant DAT VINH LE commenting "make it early."

18  79.  On or about December 19, 2003, at approximately 10:20 p.m.,
19       in San Diego, California and Los Angeles, California,
20       defendant ELIYAHU MARCIANO had a telephone conversation
21       with defendant DUNG QUOC BUI about plans for New Years
22       (socializing and discussing ecstasy transactions),
23       defendant DUNG QUOC BUI asking about plans for tonight and
24       defendant ELIYAHU MARCIANO stating "nothing."

25  80.  On or about December 22, 2003, at approximately 6:38 p.m.,
26       in San Diego, California, defendant DAT VINH LE had a
27       telephone conversation with defendant HECTOR VINCENT MELERO
28       about going to eat dinner" (do an  ecstasy deal), defendant

19

1    DAT VINH LE commenting "my friend is out of town" (there
2    was no ecstasy available).

81.  On or about December 24, 2003, at approximately 11:17 a.m.,
     in San Diego, California and Los Angeles, California,
     defendant DAT VINH LE had a telephone conversation with
     defendant ELIYAHU MARCIANO, defendant ELIYAHU MARCIANO
     stating that "it could be here today" (the ecstasy tablets
     could arrive in Los Angeles that day).

82.  On or about December 24, 2003, at approximately 11:30 a.m.,
     in Los Angeles, California, defendant ELIYAHU MARCIANO used
     a computer at an internet cafe to track several packages
     sent through DHL Express and United Parcel Service (UPS)
     (believed to contain approximately 150,000 ecstasy
     tablets).

83.  On or about December 24, 2003, at approximately 5:05 p.m.,
     in San Diego, California, defendant DAT VINH LE had a
     telephone conversation with defendant ASHER BENEDICT LORD
     about "settling up" (making payment for ecstasy that was
     "fronted").

84.  On or about December 27, 2003, at approximately 10:43 a.m.,
     in San Diego, California, defendant DAT VINH LE had a
     telephone conversation with defendant ARMANDO CARMONA
     inquiring about a "friend" coming from out of town (a
     quantity of ecstasy being shipped in), defendant DAT VINH
     LE stating "not yet."

85.  On or about December 28, 2003, at approximately 5:31 p.m.,
     in San Diego, California, defendant DAT VINH LE had a
     telephone conversation with defendant ARMANDO CARMONA about

the "friend not being around" (ecstasy not being
available), defendant ARMANDO CARMONA stating "dammit."

86.  On or about December 29, 2003, at approximately 2:59 p.m.,
     in San Diego, California, defendant DAT VINH LE had a
     telephone conversation with defendant ARMANDO CARMONA about
     arrangements for staying in Los Angeles over New Years and
     about "the homeboy" (ecstasy tablets) not being "back in
     town," defendant DAT VINH LE stating that he would collect
     "whatever" (money owed from past ecstasy deals).

87.  On or about January 4, 2004, at approximately 1:18 p.m., in
     San Diego, California, defendant DAT VINH LE met with
     Cooperating Witness #1 and asked if he could obtain any
     ecstasy, defendant DAT VINH LE commenting "we lost 150
     boats" (150,000 tablets) indicating that half made it (to
     a person defendant ELIYAHU MARCIANO designated) and half
     did not.

88.  On or about January 5, 2004, at approximately 1:55 p.m., in
     San Diego, California, defendant DAT VINH LE had a
     telephone conversation with defendant HECTOR VINCENT MELERO
     about the types of ecstasy tablets, defendant HECTOR
     VINCENT MELERO mentioning "blue euros" or the "green ones."

89.  On or about January 8, 2004, at approximately 5:45 p.m., in
     San Diego, California, defendant DAT VINH LE had a meeting
     with Cooperating Witness #1 in which Cooperating Witness #1
     volunteered to "move" 15,000 ecstasy tablets if defendant
     DAT VINH LE was able to get them.

//
//

21

90.  On or about January 15, 2004, at approximately 12:43 p.m.,
     in San Diego, California, defendant DAT VINH LE had a
     meeting with Cooperating Witness #1 in which Cooperating
     Witness #1 stated that he could sell approximately 10,000
     to 15,000 ecstasy tablets per week if defendant DAT VINH LE
     could obtain them.

91.  On or about January 28, 2004, at approximately 10:31 a.m.,
     in San Diego, California, defendant DAT VINH LE had a
     meeting with Cooperating Witness #1 discussing a price of
     $5.75 per tablet, noting that there were five "boats"
     (5,000 tablets), to which Cooperating Witness #1 stated
     that the price was too high.

92.  On or about March 10, 2004, at approximately 1:11 p.m., in
     San Diego, California, defendant DAT VINH LE met with
     Cooperating Witness #1 and discussed going to Los Angeles
     to acquire a new shipment of better quality ecstasy
     tablets.

93.  On or about March 11, 2004, at approximately 9:50 p.m., in
     San Diego, California, defendant DAT VINH LE left a message
     for Cooperating Witness #1 about the "stars," a new type of
     ecstasy tablet.

94.  On or about March 15, 2004, at approximately 12:17 p.m., in
     San Diego, California, defendant DAT VINH LE met with
     Cooperating Witness #1 and arranged for his runner to
     deliver 1,000 white "three star" ecstasy tablets
     (approximately 226.9 grams) in exchange for $5,500,
     defendant DAT VINH LE stating that defendant ELIYAHU
     MARCIANO had a half-million tablets of different types.

22

95.  On or about March 25, 2004, at approximately 1:10 p.m., in San Diego, California, defendant DAT VINH LE met with Cooperating Witness #1 and discussed a purchase of 10,000 ecstasy tablets to occur within the next week.

96.  On or about April 1, 2004, at approximately 11:25 a.m., in San Diego, California, defendant DAT VINH LE met with Cooperating Witness #1 and continued negotiations regarding the purchase of 10,000 ecstasy tablets.

97.  On or about April 5, 2004, between approximately 12:00 noon and 2:04 p.m., in San Diego, California, defendant DAT VINH LE met with Cooperating Witness #1 and had follow-up telephone conversations with him about the details of the purchase of 10,000 ecstasy tablets.

98.  On or about April 5, 2004, between approximately 2:04 p.m. and 3:10 p.m., in San Diego, California, defendant DAT VINH LE directed his runner to deliver 10,026 ecstasy tablets (approximately 2,273 grams) which had been obtained from defendant ELIYAHU MARCIANO to Cooperating Witness #1.

99.  On or about April 5, 2004, at approximately 3:10 p.m., in San Diego, California, defendant DAT VINH LE arranged for his runner to maintain possession of 4,904 ecstasy tablets (approximately 1,107.8 grams) which had been obtained from defendant ELIYAHU MARCIANO.

All in violation of Title 21, United States Code, Section 846.

//
//
//
//

23

                                Count 2

On or about June 9, 2003, within the Southern District of
California, defendant DAT VINH LE did knowingly and intentionally
distribute approximately 404.2 grams (1,829 tablets) of 3,4
methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy," a
Schedule I Controlled Substance; in violation of Title 21, United
States Code, Section 841(a)(1) and Title 18, United States Code,
Section 2.

                                Count 3

On or about June 19, 2003, within the Southern District of
California, defendant DAT VINH LE did knowingly and intentionally
distribute approximately 426.8 grams (1,924 tablets) of 3,4
methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy," a
Schedule I Controlled Substance; in violation of Title 21, United
States Code, Section 841(a)(1) and Title 18, United States Code,
Section 2.

                                Count 4

On or about July 9, 2003, within the Southern District of
California, defendant DAT VINH LE did knowingly and intentionally
distribute approximately 401.8 grams (1,818 tablets) of 3,4
methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy," a
Schedule I Controlled Substance; in violation of Title 21, United
States Code, Section 841(a)(1) and Title 18, United States Code,
Section 2.

//
//
//
//

                                  24

Count 5

On or about August 5, 2003, within the Southern District of California, defendant DAT VINH LE did knowingly and intentionally distribute approximately 231.3 grams (1,048 tablets) of 3,4 methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy," a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Count 6

On or about October 2, 2003, within the Southern District of California, defendant DAT VINH LE did knowingly and intentionally distribute approximately 281.5 grams (998 tablets) of 3,4 methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy," a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Count 7

On or about October 16, 2003, within the Southern District of California, defendant DAT VINH LE did knowingly and intentionally distribute approximately 566.5 grams (2,061 tablets) of 3,4 methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy," a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

//
//
//
//

1                                    Count 8

2        On or about November 5, 2003, within the Southern District of

3    California, defendants DAT VINH LE and ELIYAHU MARCIANO, aka Lucky,

4    did knowingly and intentionally distribute approximately 280.2 grams

5    (992 tablets) of 3,4 methylenedioxymethamphetamine (MDMA), commonly

6    known as "ecstasy," a Schedule I Controlled Substance; in violation

7    of Title 21, United States Code, Section 841(a)(1) and Title 18,

8    United States Code, Section 2.

9                                    Count 9

10       On or about November 25, 2003, within the Southern District of

11   California, defendants DAT VINH LE and ELIYAHU MARCIANO, aka Lucky,

12   did knowingly and intentionally distribute approximately 280.5 grams

13   (993 tablets) of 3,4 methylenedioxymethamphetamine (MDMA), commonly

14   known as "ecstasy," a Schedule I Controlled Substance; in violation

15   of Title 21, United States Code, Section 841(a)(1) and Title 18,

16   United States Code, Section 2.

17                                   Count 10

18       On or about November 28, 2003, within the Southern District of

19   California, defendants DAT VINH LE, ELIYAHU MARCIANO, aka Lucky, DUNG

20   QUOC BUI, aka Louie, and YITSHAK SISO did knowingly and intentionally

21   possess with intent to distribute an unknown quantity of tablets of

22   3,4 methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy,"

23   a Schedule I Controlled Substance; in violation of Title 21,

24   United States Code, Section 841(a)(1) and Title 18, United States

25   Code, Section 2.

26   //

27   //

28   //

1                                Count 11

2       On or about March 15, 2004, within the Southern District of

3 California, defendants DAT VINH LE and ELIYAHU MARCIANO, aka Lucky,

4 did knowingly and intentionally distribute approximately 226.9 grams

5 (1,000 tablets) of 3,4 methylenedioxymethamphetamine (MDMA), commonly

6 known as "ecstasy," a Schedule I Controlled Substance; in violation

7 of Title 21, United States Code, Section 841(a)(1) and Title 18,

8 United States Code, Section 2.

9                                Count 12

10      On or about April 5, 2004, within the Southern District of

11 California, defendants DAT VINH LE and ELIYAHU MARCIANO, aka Lucky,

12 did knowingly and intentionally possess with intent to distribute

13 approximately     3,380.8    grams    (14,930    tablets)    of    3,4

14 methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy," a

15 Schedule I Controlled Substance; in violation of Title 21,

16 United States Code, Section 841(a)(1) and Title 18, United States

17 Code, Section 2.

18      DATED:  June 25, 2004.

19                                A TRUE BILL:

20

21

22                                Foreperson

23 CAROL C. LAM
     United States Attorney

24

25

26 By: *Edward C. Weiner*
       EDWARD C. WEINER

27        Assistant U.S. Attorney

28