USDC SCAN INDEX SHEET










```
JAH     8/22/05    16:04
3:04-CR-01000    USA V. LE
*172*
*CRR2OTO.*
```

05 AUG 22 PM 12: 53

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 04CR1000-IEG |
| Plaintiff, | ) | |
| v. | ) | |
| ELIYAHU MARICANO (3), aka Lucky, | ) | |
| Defendant. | ) | |

**Consent to Transfer of Case
for Plea and Sentence
(Under Rule 20)**

I, **ELIYAHU MARICANO aka Lucky**, defendant, have been informed that a **superseding indictment** (*indictment, complaint*) is pending against me in the above designated cause. I wish to plead **guilty** (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the **Central District of California** in which I **am under arrest** (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: 11-17-04, at Los Angeles, CA

Eliyahu Marciano
(*Defendant*)

(*Witness*)

Ronald Richards
(*Counsel for Defendant*)

United States Attorney for the
Central District of California

Approved

Edward C. Weiner
Assistant United States Attorney for the
Southern District of California

172

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

August 22, 2005

To:   CLERK, U.S. DISTRICT COURT
      Central District of California, Western Division
      312 North Spring Street Room G-8
      Los Angeles, CA 90012

Re Transfer
Criminal Case No. 04cr1000-IEG
U.S.A. vs. Eliyahu Marciano aka Lucky

To Whom It May Concern:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following:

1)   Certified copy of the Indictment/Information
2)   Certified copy of Consent of Defendant to Transfer
3)   Certified copy of the docket sheet
4)   ___None___ original bond enclosed

Please acknowledge receipt on the enclosed copy of this letter and return to this district.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By **J. HASLAM**
J. Haslam, Deputy Clerk

cc:   U.S. Attorney, San Diego
      U.S. Attorney, Receiving District

---

Receipt of the above described documents is herewith acknowledged.

CLERK, U.S. DISTRICT COURT
By_____
Deputy Clerk